A & B HOME IMPROVEMENT CORPORATION v. HYMAN ARTZ.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached.

JEROME SNYDER v. TRIO MOTOR LINES, INC., et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated September 15, 1960, is continued pending the hearing and determination of the appeal.

THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD KAZMERSKI.— Motion for an enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.

ALBERT GUTWIRTH v. CAREWELL TRADING CORPORATION, et al.— Motion for an extension of time granted, insofar as to extend the time for plaintiff-appellant to serve and file the record on appeal and appellant's points to and including December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.